**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-2000**

─────────

SHEILA VENABLE,

Plaintiff - Appellant,

versus

NATIONAL CAR RENTAL SYSTEMS, INCORPORATED,

Defendant - Appellee.

─────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge. (CA-97-814-A)

─────────

Submitted:  July 2, 1998            Decided:  July 16, 1998

─────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Sheila Venable, Appellant Pro Se.  Michael Joseph Huppe, Joseph
Paul Esposito, AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P., Washing-
ton, D.C., for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her civil action alleging intentional infliction of emotional distress.[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See also Russo v. White, 400 S.E. 2d 160, 162-63 (Va. 1991) (liability for intentional infliction of emotional distress is found only where the conduct is outrageous and so extreme as to go beyond all possible bounds of decency causing severe emotional distress such that no reasonable person could be expected to endure it). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent Appellant now asserts that her complaint alleged other causes of action, we decline to entertain such claims as Appellant was provided three opportunities in the district court to amend and clarify her complaint. Further, the record reveals that although Appellant is proceeding pro se, she is an attorney and member of the Virginia Bar.